UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EVELYN FOSTER, Individually and as
Special Administrator of the Estate of Gerald
Foster, Deceased,

Plaintiff,                                              Case No. 09-cv-663-JPG

v.

DETROIT DIESEL CORPORATION, et al.,

Defendants.

**JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice.

**NANCY J. ROSENSTENGEL**

**Dated: October 2, 2009**                    **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**